UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANTA INDUSTRIES LTD.,<br><br>                Plaintiff,<br><br>-against-<br><br>PAUL LAW, et al.,<br><br>                Defendants. | No. 12-CV-5094 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court are (i) Defendants' letter motion [dkt. no. 121] seeking to stay the above-captioned case in light of Jonathan M. Anand's bankruptcy proceedings in the United States Bankruptcy Court for the Eastern District of Virginia and (ii) Plaintiff's letter motion [dkt. no. 122] to dismiss Mr. Anand from this case. As the Court noted in its November 9, 2023 Order in the related case, Civil Case No. 16-cv-8308, Mr. Anand is not, nor was he, a party to the above-captioned case. As such, the instant case is not, nor has it been, impacted by Mr. Anand's bankruptcy proceedings, and there is no basis for the relief requested. Accordingly, the parties' letter motions [dkt. nos. 121, 122] are denied as moot.

**SO ORDERED.**

Dated:    February 16, 2024
              New York, New York

                                    */s/ Loretta A. Preska*
                                    _____
                                    LORETTA A. PRESKA
                                    Senior United States District Judge